IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EUGENE MARK CONFORTI | : | CASE NO. 5:11-04358 |
| a/k/a Eugene M. Conforti | : | |
| a/k/a Eugene Conforti | : | |
| | : | |
| SHARON RENE CONFORTI | : | |
| a/k/a Sharon R. Conforti | : | |
| a/k/a Sharon Conforti | : | CHAPTER 13 |
| Debtor(s) | : | |

*********************************************************************

| | | |
|---|---|---|
| EUGENE CONFORTI   AND | : | |
| SHARON CONFORTI | : | |
| Plaintiffs, | : | |
| vs. | : | ADV. NO.: <u>5-11-00407</u> |
| FIRSTPLUS BANK AND | : | |
| FIRSTPLUS FINANCIAL, INC. AND | : | |
| US BANK NATIONAL ASSOCIATION, AS | : | |
| INDENTURED TRUSTEE FOR THE | : | |
| FIRSTPLUS ASSET-BACKED SECURITIES | : | |
| SERIES NO. 1998-3 AND | : | |
| REAL TME RESOLUTIONS, INC. | : | |
| CHARLES J.DEHART, III, ESQ. | : | |
| CHAPTER 13  TRUSTEE | : | |
| Defendants | : | |

*********************************************************************

**ORDER GRANTING DEBTORS' MOTION FOR DEFAULT JUDGMENT FOR FAILURE OF RESPONDENT TO RESPOND TO COMPLAINT TO DETERMINE THE VALIDITY AND EXTENT OF MORTGAGE LIEN UNDER 11 U.S.C. SECTION 506(d) AND 11 U.S.C. SECTION 1322(b)(2)**

*********************************************************************

Upon consideration of the Debtors' Motion for Default Judgment pursuant to revised B.P.O.

Section 7055 and after appropriate Notice and Service of Debtor's Motion, pursuant to Federal

Bankruptcy Rules and Local Bankruptcy Rules, it is hereby:

**ORDERED,** that the Debtors' Motion for Default Judgment is hereby GRANTED; and it

is further

**ORDERED**, that the mortgage lien of US Bank National Association recorded at Rec

Book 2048, Page 16 with the Lackawanna County Recorder of Deeds is hereby avoided in its

entirety against property known as 2314 Lafayette Street, Scranton, Lackawanna County,

Pennsylvania.

Dated: November 28, 2011

By the Court,

_Robert N. Opel II_
Robert N. Opel II, Bankruptcy Judge
(BC)